# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JEWEL BRUNNER,**         CASE NO.   **3:12-cv-407**

    Plaintiff,         **Judge Timothy S. Black**

  -vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the parties' Joint Motion for Remand is **GRANTED** (Doc. 10); and that the case is **CLOSED** from the docket of the Court.

Date: August 6, 2013                                   **JOHN P. HEHMAN, CLERK**

                                                                           By: *s/ M. Rogers*
                                                                           Deputy Clerk